IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROSALIE A. FOSTER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MONTANA CVS PHARMACY, LLC.; and DOES A-Z, Inclusive,<br><br>　　　　Defendants. | CV 22-114-BLG-SPW<br><br>ORDER |

Upon Stipulation for Dismissal (Doc. 23) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE** as fully settled on their merits, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 5th day of February, 2024.

　　　　　　　　　　　　　　　　／s／ Susan P. Watters
　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　U. S. DISTRICT JUDGE

1